B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Arizona | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GOINS, KRISTOPHER SHAWNS** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**GOINS, JESSICA L** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Jessica Lynne Bottorff** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **2760** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **5616** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**831 W VUELTA GRANADINA**<br>**SAHUARITA, AZ**<br>ZIPCODE **85629** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**831 W VUELTA GRANADINA**<br>**SAHUARITA, AZ**<br>ZIPCODE **85629** |
| County of Residence or of the Principal Place of Business:<br>**Pima** | County of Residence or of the Principal Place of Business:<br>**Pima** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [ ] 1-49 | [x] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X **/s/ Stephen M. Trezza**　　　　　　**2/10/15**<br>　　Signature of Attorney for Debtor(s)　　　　　Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ KRISTOPHER S GOINS**
Signature of Debtor                          **KRISTOPHER S GOINS**

X **/s/ JESSICA L GOINS**
Signature of Joint Debtor                          **JESSICA L GOINS**

**(520) 369-1104**
Telephone Number (If not represented by attorney)

**February 10, 2015**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X **/s/ Stephen M. Trezza**
Signature of Attorney for Debtor(s)

**Stephen M. Trezza**
**Trezza & Assocs., LLC**
**4011 E. Broadway Blvd**
**Tucson, AZ  85711**
**(520) 327-4800  Fax: (520) 327-4802**

**February 10, 2015**
Date
\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

X _____
Signature

_____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of Arizona

IN RE:                             Case No. _____

**GOINS, KRISTOPHER SHAWNS** _____ Chapter **7** _____

                             Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ KRISTOPHER S GOINS*** _____

Date: **February 10, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 14439-AZ-CC-024987578



14439-AZ-CC-024987578

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 9, 2015</u>, at <u>10:32</u> o'clock <u>PM MST</u>, <u>Kristopher Goins</u> received from <u>National Financial Literacy Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>February 9, 2015</u>          By:     <u>/s/Justin Hazeltine</u>

                              Name:   <u>Justin Hazeltine</u>

                              Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## District of Arizona

IN RE:                                                                    Case No. _____

**GOINS, JESSICA L** _____     Chapter **7** _____
<center>Debtor(s)</center>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ JESSICA L GOINS** _____

Date: **February 10, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 14439-AZ-CC-024987579



14439-AZ-CC-024987579

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 9, 2015</u>, at <u>10:32</u> o'clock <u>PM MST</u>, <u>Jessica Goins</u> received from <u>National Financial Literacy Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>February 9, 2015</u>          By:     <u>/s/Justin Hazeltine</u>

Name: <u>Justin Hazeltine</u>

Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **KRISTOPHER SHAWNS GOINS** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **JESSICA L GOINS** |
| (Spouse, if filing) | First Name  Middle Name  Last Name |

United States Bankruptcy Court for the: **District of Arizona**

Case number _____
(If known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 22A—1

# Chapter 7 Statement of Your Current Monthly Income
12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

## Part 1:  Calculate Your Current Monthly Income

**1. What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| **2. Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ **5,442.67** | $ **0.00** |
| **3. Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ **0.00** | $ **0.00** |
| **4. All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ **0.00** | $ **0.00** |
| **5. Net income from operating a business, profession, or farm** | | |

| | | |
|---|---|---|
| Gross receipts (before all deductions) | $ **0.00** | |
| Ordinary and necessary operating expenses | – $ **0.00** | |
| Net monthly income from a business, profession, or farm | $ **0.00**  Copy here➜ | $ **0.00**  $ **0.00** |

**6. Net income from rental and other real property**

| | | |
|---|---|---|
| Gross receipts (before all deductions) | $ **0.00** | |
| Ordinary and necessary operating expenses | – $ **0.00** | |
| Net monthly income from rental or other real property | $ **0.00**  Copy here➜ | $ **0.00**  $ **0.00** |

| | | |
|---|---|---|
| **7. Interest, dividends, and royalties** | $ **0.00** | $ **0.00** |

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| **8. Unemployment compensation** | $_____0.00 | $_____0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .......................... ⬇

| | | |
|---|---|---|
| For you ........................................................ | $_____0.00 | |
| For your spouse ......................................... | $_____0.00 | |

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.
          $_____0.00     $_____0.00

**10. Income from all other sources not listed above.** Specify the source and amount.

Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | |
|---|---|---|
| 10a.   Reserves pay_____ | $___360.00 | $_____0.00 |
| 10b. _____ | $_____ | $_____ |
| 10c.   Total amounts from separate pages, if any. | +$_____0.00 | +$_____0.00 |

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ **5,802.67**   **+**   $ **0.00**   **=**   $ **5,802.67**

Total current monthly income

---

| **Part 2:** | Determine Whether the Means Test Applies to You |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

| | |
|---|---|
| 12a.   Copy your total current monthly income from line 11................................................ Copy line 11 here➡12a. | $ **5,802.67** |
|      Multiply by 12 (the number of months in a year). | **x 12** |
| 12b.   The result is your annual income for this part of the form.    12b. | $ **69,632.04** |

**13. Calculate the median family income that applies to you.** Follow these steps:

| | |
|---|---|
| Fill in the state in which you live. | **Arizona** |
| Fill in the number of people in your household. | **5** |

Fill in the median family income for your state and size of household. ...........................................13.    $ **73,650.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A–2.

---

| **Part 3:** | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**✗** */s/ KRISTOPHER S GOINS*_____      **✗** */s/ JESSICA L GOINS*_____

Signature of Debtor 1                               Signature of Debtor 2

Date **February 10, 2015**                           Date **February 10, 2015**
     MM / DD   / YYYY                                      MM / DD   / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.

IN RE **GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L** _____ Case No. _____
    Debtor(s)                                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

TOTAL (Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L**                    Case No. _____

Debtor(s)                                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash** | **C** | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking** | **C** | **247.00** |
| | | **Navy Federal Credit Union Checking** | **C** | **25.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Landlord** | **C** | **1,550.00** |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household Goods & Furnishings** **$200 Kitchen Table & Chairs** **$150 Dining Room Table & Chairs** **$200 Living Room Couch** **$200 Living Room Chair** **$75 Coffee & End Tables** **$10 Lamps (Total # of lamps: 1)** **$300 Beds (Total # of beds: 5)** **$25 Bed Table** **$125 Dressers** **$45 Bedding** **$100 Family Pictures** **$400 TVs (Total # of TVs: 3)** **$75 Dryer** **$75 Vacuum Cleaner** **$35 Books Shelves** **$45 China Cabinet** **$25 Cooking Utensils** **$30 Desks** **$15 Dishware** **$20 Draperies/Window Coverings** **$40 DVDs** **$15 Flatware** **$100 Laptop** **$10 Microwave** **$20 Other Small Appliances (toaster, coffee maker, blender, etc.)** **$10 Patio Furniture** **$30 Pots & Pans** **$10 Printer** **$20 Tools** **$10 Yard Equipment** | **C** | **2,415.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L** _____ Case No. _____
              Debtor(s)                                                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

<div style="writing-mode: vertical">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books** | C | 25.00 |
| 6. Wearing apparel. | | **Clothing** | C | 500.00 |
| 7. Furs and jewelry. | | **Jewelry** **$200 Bridal Set** **$150 Male wedding band** **$25 Fossil Wathc** | C | 375.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Glock 27** | C | 300.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **PSRS** | C | 8,325.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2014 AND FUTURE TAX REFUNDS** | C | 10,000.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L _____  Case No. _____

   <u>Debtor(s)</u>   (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Ford Taurus**<br>**215,000 miles** | C | 1,500.00 |
| | | **2007 Hyundai Entourage**<br>**100,000 miles** | C | 5,450.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Work clothes, boots, baton, vest, handcuffs, flashlight, duty belt** | C | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **31,732.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L      Case No. _____

<div align="center">Debtor(s)                                                    (If known)</div>

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash** | **11 USC § 522(d)(5)** | 20.00 | 20.00 |
| **Chase Checking** | **11 USC § 522(d)(5)** | 247.00 | 247.00 |
| **Navy Federal Credit Union Checking** | **11 USC § 522(d)(5)** | 25.00 | 25.00 |
| **Security Deposit with Landlord** | **11 USC § 522(d)(5)** | 1,550.00 | 1,550.00 |
| **Household Goods & Furnishings** **$200 Kitchen Table & Chairs** **$150 Dining Room Table & Chairs** **$200 Living Room Couch** **$200 Living Room Chair** **$75 Coffee & End Tables** **$10 Lamps (Total # of lamps: 1)** **$300 Beds (Total # of beds: 5)** **$25 Bed Table** **$125 Dressers** **$45 Bedding** **$100 Family Pictures** **$400 TVs (Total # of TVs: 3)** **$75 Dryer** **$75 Vacuum Cleaner** **$35 Books Shelves** **$45 China Cabinet** **$25 Cooking Utensils** **$30 Desks** **$15 Dishware** **$20 Draperies/Window Coverings** **$40 DVDs** **$15 Flatware** **$100 Laptop** **$10 Microwave** **$20 Other Small Appliances (toaster, coffee maker, blender, etc.)** **$10 Patio Furniture** **$30 Pots & Pans** **$10 Printer** **$20 Tools** **$10 Yard Equipment** | **11 USC § 522(d)(3)** | 2,415.00 | 2,415.00 |
| **Books** | **11 USC § 522(d)(3)** | 25.00 | 25.00 |
| **Clothing** | **11 USC § 522(d)(3)** | 500.00 | 500.00 |
| **Jewelry** **$200 Bridal Set** **$150 Male wedding band** **$25 Fossil Wathc** | **11 USC § 522(d)(4)** | 375.00 | 375.00 |
| **Glock 27** | **11 USC § 522(d)(3)** | 300.00 | 300.00 |
| **PSRS** | **11 USC § 522(d)(12)** | 8,325.00 | 8,325.00 |
| **2014 AND FUTURE TAX REFUNDS** | **11 USC § 522(d)(5)** | 10,000.00 | 10,000.00 |
| **2000 Ford Taurus** **215,000 miles** | **11 USC § 522(d)(2)** | 1,500.00 | 1,500.00 |
| **2007 Hyundai Entourage** | **11 USC § 522(d)(2)** | 5,450.00 | 5,450.00 |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<div style="writing-mode: vertical-rl; text-orientation: mixed">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

IN RE  GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L                     Case No. _____
_____
                        Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **100,000 miles** | | | |
| **Work clothes, boots, baton, vest, handcuffs, flashlight, duty belt** | **11 USC § 522(d)(6)** | **1,000.00** | **1,000.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L** _____ Case No. _____

Debtor(s)  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Drive Time 4020 E Indian School Rd Phoenix, AZ 85018** | C | | **2007 Hyundai Entourage 100,000 miles**  VALUE $ **5,450.00** | | | | 14,500.00 | 9,050.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

|  | | | | Subtotal (Total of this page) | $ 14,500.00 | $ 9,050.00 |
|---|---|---|---|---|---|---|
| **0** continuation sheets attached | | | | Total (Use only on last page) | $ 14,500.00 | $ 9,050.00 |
| | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L      Case No. _____

<div style="text-align:center">Debtor(s)                 (If known)</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L     Case No. _____

                               Debtor(s)                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Domestic Support Obligations
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**April Golden** <br>**5014 Guernsey Meadow Lane** <br>**Pace, FL  32571** | | H | **Ongoing child support $410 per through the Florida clearinghouse** | | | | **0.00** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ | $ | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L     Case No. _____

<div align="center">Debtor(s)             (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> 09 Cypress Village <br> 4620 Woodland Corp <br> Tampa, FL 33614 | | | OPEN ACCOUNT OPENED 0/ | | | | 1,508.00 |
| ACCOUNT NO. <br><br> Hwarfield <br> 4620 Woodland Corp <br> Tampa, FL 33614 | | | Assignee or other notification for: <br> 09 Cypress Village | | | | |
| ACCOUNT NO. <br><br> 11 Mediacom <br> 13355 Noel Rd Ste 2100 <br> Dallas, TX 75240 | | H | OPEN ACCOUNT OPENED 0/ | | | | 237.00 |
| ACCOUNT NO. <br><br> Crd Prt Asso <br> 13355 Noel Rd Ste 2100 <br> Dallas, TX 75240 | | | Assignee or other notification for: <br> 11 Mediacom | | | | |

**16** continuation sheets attached

<div align="right">

Subtotal <br> (Total of this page)   $   **1,745.00**

Total <br> (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ _____

</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L     Case No. _____
<br>                Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **11 Mediacom** <br> **13355 Noel Rd Ste 2100** <br> **Dallas, TX 75240** | | H | **OPEN ACCOUNT OPENED 0/** | | | | **96.00** |
| ACCOUNT NO. <br> **Crd Prt Asso** <br> **13355 Noel Rd Ste 2100** <br> **Dallas, TX 75240** | | | Assignee or other notification for: <br> **11 Mediacom** | | | | |
| ACCOUNT NO. <br> **12 Cash Central** <br> **3840 E Robinson Ro** <br> **Amherst, NY 14228** | | H | **OPEN ACCOUNT OPENED 0/** | | | | **512.00** |
| ACCOUNT NO. <br> **Enhanced Acq** <br> **3840 E Robinson Ro** <br> **Amherst, NY 14228** | | | Assignee or other notification for: <br> **12 Cash Central** | | | | |
| ACCOUNT NO. **1573** <br> **Amex** <br> **P.o. Box 981537** <br> **El Paso, TX 79998** | | W | **REVOLVING ACCOUNT OPENED 6/2007** | | | | **2,974.00** |
| ACCOUNT NO. <br> **American Express** <br> **PO Box 3001** <br> **16 General Warren Blvd** <br> **Malvern, PA 19355** | | | Assignee or other notification for: <br> **Amex** | | | | |
| ACCOUNT NO. **6697** <br> **Aspire** <br> **Pob 105555** <br> **Atlanta, GA 30348** | | H | **REVOLVING ACCOUNT OPENED 11/2005** | | | | **1,265.00** |

Sheet no. **1** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)    $ **4,847.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L _____ Case No. _____
        Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

*(left margin: © 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only)*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Aspire Visa<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123** | | H | **OPEN ACCOUNT OPENED 9/2009** | | | | **1,971.00** |
| ACCOUNT NO.<br>**Midland Funding<br>PO Box 3001<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123** | | | Assignee or other notification for:<br>**Aspire Visa** | | | | |
| ACCOUNT NO.<br>**At T Mobility<br>700 Longwater Dr<br>Norwell, MA 02061** | | W | **OPEN ACCOUNT OPENED 8/2012** | | | | **1,383.00** |
| ACCOUNT NO.<br>**Eos Cca<br>PO Box 3001<br>700 Longwater Dr<br>Norwell, MA 02061** | | | Assignee or other notification for:<br>**At T Mobility** | | | | |
| ACCOUNT NO.<br>**At T Mobility<br>Po Box 3097<br>Bloomington, IL 61702** | | W | **OPEN ACCOUNT OPENED 4/2012** | | | | **920.00** |
| ACCOUNT NO.<br>**Afni, Inc.<br>PO Box 3001<br>Po Box 3097<br>Bloomington, IL 61702** | | | Assignee or other notification for:<br>**At T Mobility** | | | | |
| ACCOUNT NO.<br>**Baptist Hospital Inc<br>10 E Texar Dr<br>Pensacola, FL 32503** | | H | **OPEN ACCOUNT OPENED 3/2010** | | | | **55.00** |

Sheet no. **2** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,329.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L _____ Case No. _____
<div align="center">Debtor(s)          (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Check Assist PO Box 3001 10 E Texar Dr Pensacola, FL 32503** | | | **Assignee or other notification for: Baptist Hospital Inc** | | | | |
| ACCOUNT NO. **Baptist Hospital Inc 10 E Texar Dr Pensacola, FL 32503** | | H | **OPEN ACCOUNT OPENED 3/2010** | | | | **55.00** |
| ACCOUNT NO. **Check Assist PO Box 3001 10 E Texar Dr Pensacola, FL 32503** | | | **Assignee or other notification for: Baptist Hospital Inc** | | | | |
| ACCOUNT NO. **Baptist Hospital Inc 10 E Texar Dr Pensacola, FL 32503** | | H | **OPEN ACCOUNT OPENED 3/2009** | | | | **51.00** |
| ACCOUNT NO. **Check Assist PO Box 3001 10 E Texar Dr Pensacola, FL 32503** | | | **Assignee or other notification for: Baptist Hospital Inc** | | | | |
| ACCOUNT NO. **Baptist Hospital Inc 10 E Texar Dr Pensacola, FL 32503** | | H | **OPEN ACCOUNT OPENED 2/2009** | | | | **51.00** |
| ACCOUNT NO. **Check Assist PO Box 3001 10 E Texar Dr Pensacola, FL 32503** | | | **Assignee or other notification for: Baptist Hospital Inc** | | | | |

Sheet no. **3** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **157.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L     Case No. _____
<br>
Debtor(s)                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Baptist Hospital  Inc** <br> **10 E Texar Dr** <br> **Pensacola, FL  32503** | | | **OPEN ACCOUNT OPENED 7/2010** | | | | **40.00** |
| ACCOUNT NO. <br> **Check Assist** <br> **PO Box 3001** <br> **10 E Texar Dr** <br> **Pensacola, FL  32503** | | | Assignee or other notification for: <br> Baptist Hospital  Inc | | | | |
| ACCOUNT NO. <br> **Baptist Neonatology Llc** <br> **180 E Burgess Rd Ste G** <br> **Pensacola, FL  32503** | | W | **OPEN ACCOUNT OPENED 8/2009** | | | | **517.00** |
| ACCOUNT NO. <br> **Collection Services** <br> **PO Box 3001** <br> **180 E Burgess Rd Ste G** <br> **Pensacola, FL  32503** | | | Assignee or other notification for: <br> Baptist Neonatology Llc | | | | |
| ACCOUNT NO. <br> **Baptist Neonatology Llc** <br> **180 E Burgess Rd Ste G** <br> **Pensacola, FL  32503** | | W | **OPEN ACCOUNT OPENED 9/2010** | | | | **1,035.00** |
| ACCOUNT NO. <br> **Collection Services** <br> **PO Box 3001** <br> **180 E Burgess Rd Ste G** <br> **Pensacola, FL  32503** | | | Assignee or other notification for: <br> Baptist Neonatology Llc | | | | |
| ACCOUNT NO. **7788** <br> **Bk Of Amer** <br> **Po Box 982235** <br> **El Paso, TX  79998** | | W | **REVOLVING ACCOUNT OPENED 11/2005** | | | | **0.00** |

Sheet no. **4** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **1,592.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

*vertical left margin:* © 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L     Case No. _____
<br>Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bright House Networks<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240** | | H | **OPEN ACCOUNT OPENED 3/2010** | | | | **197.00** |
| ACCOUNT NO.<br>**Credit Protection Asso<br>PO Box 3001<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240** | | | **Assignee or other notification for:<br>Bright House Networks** | | | | |
| ACCOUNT NO.<br>**Cameo Kennels<br>10 E Texar Dr<br>Pensacola, FL 32503** | | H | **OPEN ACCOUNT OPENED 3/2010** | | | | **162.00** |
| ACCOUNT NO.<br>**Check Assist<br>PO Box 3001<br>10 E Texar Dr<br>Pensacola, FL 32503** | | | **Assignee or other notification for:<br>Cameo Kennels** | | | | |
| ACCOUNT NO.<br>**Capital One Bank Usa Na<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502** | | H | **OPEN ACCOUNT OPENED 2/2013** | | | | **1,043.00** |
| ACCOUNT NO.<br>**Portfolio Recovery Ass<br>Attn: Bankruptcy Dept.<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502** | | | **Assignee or other notification for:<br>Capital One Bank Usa Na** | | | | |
| ACCOUNT NO.<br>**Citi Cfs<br>Po Box 1630<br>Warren, MI 48090** | | W | **OPEN ACCOUNT OPENED 12/2012** | | | | **10,920.00** |

Sheet no. **5** of **16** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $ **12,322.00**

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L     Case No. _____

       Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Asset Acceptance Llc** <br> **Attn: Bankruptcy** <br> **Po Box 1630** <br> **Warren, MI 48090** | | | **Assignee or other notification for:** <br> **Citi Cfs** | | | | |
| ACCOUNT NO. <br> **Citibank** <br> **8875 Aero Drive, Suite 200** <br> **San Diego, CA 92123** | | W | **OPEN ACCOUNT OPENED 8/2010** | | | | **797.00** |
| ACCOUNT NO. <br> **Midland Funding** <br> **Attn: Bankruptcy** <br> **8875 Aero Drive, Suite 200** <br> **San Diego, CA 92123** | | | **Assignee or other notification for:** <br> **Citibank** | | | | |
| ACCOUNT NO. <br> **Citibank South Dakota N.a.** <br> **8875 Aero Drive, Suite 200** <br> **San Diego, CA 92123** | | W | **OPEN ACCOUNT OPENED 6/2011** | | | | **1,486.00** |
| ACCOUNT NO. <br> **Midland Funding** <br> **Attn: Bankruptcy** <br> **8875 Aero Drive, Suite 200** <br> **San Diego, CA 92123** | | | **Assignee or other notification for:** <br> **Citibank South Dakota N.a.** | | | | |
| ACCOUNT NO. <br> **Citibank Elt Slc** <br> **1 Imation Pl** <br> **Oakdale, MN 55128** | | W | **OPEN ACCOUNT OPENED 5/2010** | | | | **3,770.00** |
| ACCOUNT NO. <br> **Ecmc** <br> **Attn: Bankruptcy** <br> **1 Imation Pl** <br> **Oakdale, MN 55128** | | | **Assignee or other notification for:** <br> **Citibank Elt Slc** | | | | |

Sheet no. **6** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,053.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L _____ Case No. _____
<div style="text-align:center">Debtor(s)            (If known)</div>

<div style="text-align:center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Citibank Elt Slc**<br>**1 Imation Pl**<br>**Oakdale, MN  55128** | | W | **OPEN ACCOUNT OPENED 6/2010** | | | | **2,342.00** |
| ACCOUNT NO.<br>**Ecmc**<br>**Attn: Bankruptcy**<br>**1 Imation Pl**<br>**Oakdale, MN  55128** | | | **Assignee or other notification for:**<br>**Citibank Elt Slc** | | | | |
| ACCOUNT NO. **6722**<br>**Citibk Mc/bc**<br>**One Court Square**<br>**Long Island, NY  11120** | | H | **REVOLVING ACCOUNT OPENED 12/2010** | | | | **3,702.00** |
| ACCOUNT NO. **6775**<br>**Citifinancial** | | | **INSTALLMENT ACCOUNT OPENED 6/2009** | | | | **10,103.00** |
| ACCOUNT NO.<br>**Cox Communications**<br>**180 E Burgess Rd Ste G**<br>**Pensacola, FL  32503** | | W | **OPEN ACCOUNT OPENED 10/2011** | | | | **336.00** |
| ACCOUNT NO.<br>**Collection Services**<br>**Attn: Bankruptcy**<br>**180 E Burgess Rd Ste G**<br>**Pensacola, FL  32503** | | | **Assignee or other notification for:**<br>**Cox Communications** | | | | |
| ACCOUNT NO.<br>**Credit One Bank  N.a.**<br>**Po Box 10497**<br>**Greenville, SC  29603** | | H | **OPEN ACCOUNT OPENED 3/2009** | | | | **2,330.00** |

Sheet no. **7** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,813.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L     Case No. _____

<div align="center">Debtor(s)         (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lvnv Funding Llc <br> Attn: Bankruptcy <br> Po Box 10497 <br> Greenville, SC 29603** | | | **Assignee or other notification for: <br> Credit One Bank N.a.** | | | | |
| ACCOUNT NO. <br> **Cypress Village <br> 4620 Woodland Corp <br> Tampa, FL 33614** | | | **OPEN ACCOUNT OPENED 3/2011** | | | | **1,536.00** |
| ACCOUNT NO. <br> **Hunter Warfield <br> 4620 Woodland Corp <br> Tampa, FL 33614** | | | **Assignee or other notification for: <br> Cypress Village** | | | | |
| ACCOUNT NO. **0907** <br> **Dept Of Ed/sallie Mae <br> 11100 Usa Pkwy <br> Fishers, IN 46037** | | H | **INSTALLMENT ACCOUNT OPENED 9/2010** | | | | **52,608.00** |
| ACCOUNT NO. <br> **Dish Network <br> 1327 Highway 2 Wes <br> Kalispell, MT 59901** | | W | **OPEN ACCOUNT OPENED 4/2013** | | | | **291.00** |
| ACCOUNT NO. <br> **Stellar Recovery Inc <br> 1327 Highway 2 Wes <br> Kalispell, MT 59901** | | | **Assignee or other notification for: <br> Dish Network** | | | | |
| ACCOUNT NO. <br> **Esurance <br> 507 Prudential Rd <br> Horsham, PA 19044** | | H | **OPEN ACCOUNT OPENED 11/2010** | | | | **85.00** |

Sheet no. **8** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ **54,520.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L     Case No. _____

          Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nco Fin /02**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | | **Assignee or other notification for:**<br>**Esurance** | | | | |
| ACCOUNT NO. **8632**<br>**Exxmblciti**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | | **REVOLVING ACCOUNT OPENED 2/2008** | | | | **525.00** |
| ACCOUNT NO.<br>**Exxmblciti**<br>**Attn.: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | | **Assignee or other notification for:**<br>**Exxmblciti** | | | | |
| ACCOUNT NO.<br>**First Physicians Group Pa**<br>**180 E Burgess Rd Ste G**<br>**Pensacola, FL 32503** | | H | **OPEN ACCOUNT OPENED 4/2009** | | | | **75.00** |
| ACCOUNT NO.<br>**Collection Services**<br>**Attn.: Centralized Bankruptcy**<br>**180 E Burgess Rd Ste G**<br>**Pensacola, FL 32503** | | | **Assignee or other notification for:**<br>**First Physicians Group Pa** | | | | |
| ACCOUNT NO.<br>**First Physicians Group Pa**<br>**180 E Burgess Rd Ste G**<br>**Pensacola, FL 32503** | | H | **OPEN ACCOUNT OPENED 1/2009** | | | | **220.00** |
| ACCOUNT NO.<br>**Collection Services**<br>**Attn.: Centralized Bankruptcy**<br>**180 E Burgess Rd Ste G**<br>**Pensacola, FL 32503** | | | **Assignee or other notification for:**<br>**First Physicians Group Pa** | | | | |

Sheet no. **9** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **820.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L     Case No. _____
<br>Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**First Physicians Group Pa**<br>**180 E Burgess Rd Ste G**<br>**Pensacola, FL  32503** | | W | **OPEN ACCOUNT OPENED 11/2010** | | | | 1,815.00 |
| ACCOUNT NO.<br><br>**Collection Services**<br>**Attn.: Centralized  Bankruptcy**<br>**180 E Burgess Rd Ste G**<br>**Pensacola, FL  32503** | | | Assignee or other notification for:<br>**First Physicians Group Pa** | | | | |
| ACCOUNT NO.<br><br>**Ge Money Bank**<br>**8875 Aero Drive, Suite 200**<br>**San Diego, CA  92123** | | W | **OPEN ACCOUNT OPENED 2/2010** | | | | 3,349.00 |
| ACCOUNT NO.<br><br>**Midland Funding**<br>**Attn.: Centralized  Bankruptcy**<br>**8875 Aero Drive, Suite 200**<br>**San Diego, CA  92123** | | | Assignee or other notification for:<br>**Ge Money Bank** | | | | |
| ACCOUNT NO.<br><br>**Gulf Power Co.**<br>**180 E Burgess Rd Ste G**<br>**Pensacola, FL  32503** | | W | **OPEN ACCOUNT OPENED 5/2010** | | | | 661.00 |
| ACCOUNT NO.<br><br>**Collection Services**<br>**Attn.: Centralized  Bankruptcy**<br>**180 E Burgess Rd Ste G**<br>**Pensacola, FL  32503** | | | Assignee or other notification for:<br>**Gulf Power Co.** | | | | |
| ACCOUNT NO.<br><br>**I C Management**<br>**Po Box 314**<br>**Grand Cayman Island,** | | C | **payday loan** | | | | 1,500.00 |

Sheet no.  **10**  of  **16**  continuation sheets attached to<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    $   **7,325.00**

Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

*© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L      Case No. _____

<div align="center">Debtor(s)                 (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**I C Management**<br>**18 Fort Street**<br>**Grand Cayman Island,** | | | Assignee or other notification for:<br>I C Management | | | | |
| ACCOUNT NO.<br>**I C System Inc**<br>**Po Box 64378**<br>**Saint Paul, MN  55164** | | C | payday loan | | | | 1,500.00 |
| ACCOUNT NO.<br>**Lifeguard Transportation - Fl**<br>**106 Commerce St Ste 106**<br>**Lake Mary, FL  32746** | | H | **OPEN ACCOUNT OPENED 4/2009** | | | | 912.00 |
| ACCOUNT NO.<br>**United Collection Serv**<br>**Attn.: Centralized  Bankruptcy**<br>**106 Commerce St Ste 106**<br>**Lake Mary, FL  32746** | | | Assignee or other notification for:<br>Lifeguard Transportation - Fl | | | | |
| ACCOUNT NO. **1337**<br>**Merrick Bank**<br>**Po Box 9201**<br>**Old Bethpage, NY  11804** | | H | **REVOLVING ACCOUNT OPENED 5/2007** | | | | 1,176.00 |
| ACCOUNT NO.<br>**Merrick Bk**<br>**Attn: Bankruptcy**<br>**P.o. Box 9201**<br>**Old Bethpage, NY  11804** | | | Assignee or other notification for:<br>Merrick Bank | | | | |
| ACCOUNT NO.<br>**Navarre Pediatrics**<br>**Po Box 64378**<br>**Saint Paul, MN  55164** | | W | **OPEN ACCOUNT OPENED 1/2011** | | | | 515.00 |

Sheet no. **11** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,103.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

<div style="writing-mode: vertical-lr;">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L     Case No. _____
<br>Debtor(s)     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**I C System Inc**<br>Attn: Bankruptcy<br>Po Box 64378<br>Saint Paul, MN 55164 | | | Assignee or other notification for:<br>Navarre Pediatrics | | | | |
| ACCOUNT NO. **6450**<br>**Navy Federal Cr Union**<br>Po Box 3700<br>Merrifield, VA 22119 | | | **REVOLVING ACCOUNT OPENED 11/2011** | | | | 786.00 |
| ACCOUNT NO.<br>**Pace Water Systems Inc.**<br>180 E Burgess Rd Ste G<br>Pensacola, FL 32503 | | H | **OPEN ACCOUNT OPENED 12/2012** | | | | 134.00 |
| ACCOUNT NO.<br>**Collection Services**<br>Attention: Bankruptcy<br>180 E Burgess Rd Ste G<br>Pensacola, FL 32503 | | | Assignee or other notification for:<br>Pace Water Systems Inc. | | | | |
| ACCOUNT NO.<br>**Pediatric Residence Clnc-shmg**<br>180 E Burgess Rd Ste G<br>Pensacola, FL 32503 | | H | **OPEN ACCOUNT OPENED 6/2009** | | | | 234.00 |
| ACCOUNT NO.<br>**Collection Services**<br>Attention: Bankruptcy<br>180 E Burgess Rd Ste G<br>Pensacola, FL 32503 | | | Assignee or other notification for:<br>Pediatric Residence Clnc-shmg | | | | |
| ACCOUNT NO.<br>**Pediatrix Medical Group**<br>Po Box 64378<br>Saint Paul, MN 55164 | | W | **OPEN ACCOUNT OPENED 5/2013** | | | | 571.00 |

Sheet no. **12** of **16** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $ 1,725.00

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L _____ Case No. _____
                      Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Ic Systems Inc <br> Attention: Bankruptcy <br> Po Box 64378 <br> Saint Paul, MN 55164 | | | Assignee or other notification for: <br> **Pediatrix Medical Group** | | | | |
| ACCOUNT NO. <br> Pensacola Primary Care <br> 180 E Burgess Rd Ste G <br> Pensacola, FL 32503 | | H | **OPEN ACCOUNT OPENED 11/2010** | | | | 468.00 |
| ACCOUNT NO. <br> Collection Services <br> Attention: Bankruptcy <br> 180 E Burgess Rd Ste G <br> Pensacola, FL 32503 | | | Assignee or other notification for: <br> **Pensacola Primary Care** | | | | |
| ACCOUNT NO. <br> Pensacola Primary Care <br> 180 E Burgess Rd Ste G <br> Pensacola, FL 32503 | | H | **OPEN ACCOUNT OPENED 2/2011** | | | | 138.00 |
| ACCOUNT NO. <br> Collection Services <br> Attention: Bankruptcy <br> 180 E Burgess Rd Ste G <br> Pensacola, FL 32503 | | | Assignee or other notification for: <br> **Pensacola Primary Care** | | | | |
| ACCOUNT NO. <br> Pensacola Primary Care <br> 180 E Burgess Rd Ste G <br> Pensacola, FL 32503 | | W | **OPEN ACCOUNT OPENED 10/2009** | | | | 90.00 |
| ACCOUNT NO. <br> Collection Services <br> Attention: Bankruptcy <br> 180 E Burgess Rd Ste G <br> Pensacola, FL 32503 | | | Assignee or other notification for: <br> **Pensacola Primary Care** | | | | |

Sheet no. **13** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **696.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L      Case No. _____
<br>
                    Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<table>
<tr>
<th>CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER.<br><i>(See Instructions Above.)</i></th>
<th>CODEBTOR</th>
<th>HUSBAND, WIFE, JOINT, OR COMMUNITY</th>
<th>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE</th>
<th>CONTINGENT</th>
<th>UNLIQUIDATED</th>
<th>DISPUTED</th>
<th>AMOUNT OF CLAIM</th>
</tr>
<tr>
<td>ACCOUNT NO. <b>4259</b><br><br><b>Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117</b></td>
<td></td>
<td></td>
<td><b>REVOLVING ACCOUNT OPENED 8/2007</b></td>
<td></td>
<td></td>
<td></td>
<td>1,145.00</td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>Sprint<br>800 Sw 39th St<br>Renton, WA 98057</b></td>
<td></td>
<td>H</td>
<td><b>OPEN ACCOUNT OPENED 0/</b></td>
<td></td>
<td></td>
<td></td>
<td>920.00</td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>Convergent<br>Attn: Claims Department<br>800 Sw 39th St<br>Renton, WA 98057</b></td>
<td></td>
<td></td>
<td><b>Assignee or other notification for:<br>Sprint</b></td>
<td></td>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>Sprint<br>800 Sw 39th St<br>Renton, WA 98057</b></td>
<td></td>
<td>W</td>
<td><b>OPEN ACCOUNT OPENED 9/2012</b></td>
<td></td>
<td></td>
<td></td>
<td>345.00</td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>Convergent Outsourcing<br>Attn: Claims Department<br>800 Sw 39th St<br>Renton, WA 98057</b></td>
<td></td>
<td></td>
<td><b>Assignee or other notification for:<br>Sprint</b></td>
<td></td>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>T-mobile<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123</b></td>
<td></td>
<td>H</td>
<td><b>OPEN ACCOUNT OPENED 10/2011</b></td>
<td></td>
<td></td>
<td></td>
<td>346.00</td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>Midland Funding<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123</b></td>
<td></td>
<td></td>
<td><b>Assignee or other notification for:<br>T-mobile</b></td>
<td></td>
<td></td>
<td></td>
<td></td>
</tr>
</table>

Sheet no. __14__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,756.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L     Case No. _____
<br>Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**T-mobile** <br>**8875 Aero Drive, Suite 200** <br>**San Diego, CA 92123** | | H | OPEN ACCOUNT OPENED 12/2011 | | | | **1,369.00** |
| ACCOUNT NO. <br>**Midland Funding** <br>**8875 Aero Drive, Suite 200** <br>**San Diego, CA 92123** | | | Assignee or other notification for: <br>T-mobile | | | | |
| ACCOUNT NO. <br>**T-mobile** <br>**8875 Aero Drive, Suite 200** <br>**San Diego, CA 92123** | | W | OPEN ACCOUNT OPENED 9/2012 | | | | **1,321.00** |
| ACCOUNT NO. <br>**Midland Funding** <br>**8875 Aero Drive, Suite 200** <br>**San Diego, CA 92123** | | | Assignee or other notification for: <br>T-mobile | | | | |
| ACCOUNT NO. **1504** <br>**U S Dept Of Ed/gsl/atl** <br>**Po Box 4222** <br>**Iowa City, IA 52244** | | H | INSTALLMENT ACCOUNT OPENED 0/ | | | | **4,799.00** |
| ACCOUNT NO. <br>**U S Dept Of Ed/fisl/at** <br>**Attn: Bankruptcy** <br>**61 Forsythe St Room 19t89** <br>**Atlanta, GA 30303** | | | Assignee or other notification for: <br>U S Dept Of Ed/gsl/atl | | | | |
| ACCOUNT NO. <br>**Wayne Bradley Dds And Tricia B** <br>**Po Box 64378** <br>**Saint Paul, MN 55164** | | W | OPEN ACCOUNT OPENED 4/2012 | | | | **1,374.00** |

Sheet no. **15** of **16** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br>(Total of this page) $ **8,863.00**

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L _____ Case No. _____
                            Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**I C System Inc**<br>**Attn: Bankruptcy**<br>**Po Box 64378**<br>**Saint Paul, MN  55164** | | | **Assignee or other notification for:**<br>**Wayne Bradley Dds And Tricia B** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **16** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ **130,666.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L      Case No. _____

                      Debtor(s)                                                           (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Darrelll Hussman**<br><br><br>**Aarons**<br>**309 E. Paces Ferry Rd.**<br>**NE Atlanta, GA  30305**<br><br>**Aarons**<br>**1015 Cobb Place Blvd**<br>**Kennesaw, GA  30144-0000** | **Residential lease**<br>**$1550 per month**<br>**Debtors are lessees**<br><br>**TV** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

IN RE GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L          Case No. _____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    **KRISTOPHER SHAWNS GOINS**
         First Name         Middle Name         Last Name

Debtor 2    **JESSICA L GOINS**
(Spouse, if filing) First Name       Middle Name        Last Name

United States Bankruptcy Court for the: District of Arizona

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
    chapter 13 income as of the following date:

    _____
    MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income
                                            12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | **Officer** | |
| Employer's name | **Tucson Police Department** | **Homemaker** |
| Employer's address | **270 S. Stone Ave**<br>Number   Street | Number   Street |
| | **Tucson, AZ  85701-0000**<br>City     State    ZIP Code | City     State    ZIP Code |
| How long employed there? | **1 years and 7 months** | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **5,442.67** | $ **0.00** |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ **0.00** | + $ **0.00** |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ **5,442.67** | $ **0.00** |

Case 4:15-bk-01230-SHG     Doc 1    Filed 02/10/15    Entered 02/10/15 13:05:41    Desc
Main Document     Page 38 of 62

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.................................................. → | 4. | $ 5,442.67 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 340.16 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: __See Schedule Attached__ | 5h. | + $ 1,395.34 | + $ 0.00 |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 1,735.50 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 3,707.17 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: __reserves__ | 8h. | + $ 360.00 | + $ 0.00 |

| | | | |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 360.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 4,067.17 + $ 0.00 = | $ 4,067.17 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.

$ 4,067.17

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain: | **None** |

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| **Collf** | **210.17** | **0.00** |
| **DEferd C Omp** | **108.33** | **0.00** |
| **DENTAL - After Tax** | **32.50** | **0.00** |
| **Support** | **444.17** | **0.00** |
| **Sup LIFE** | **8.67** | **0.00** |
| **Spouse Life** | **2.17** | **0.00** |
| **PsRS** | **539.50** | **0.00** |
| **Union Dues** | **36.83** | **0.00** |
| **Vision** | **13.00** | **0.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    __KRISTOPHER SHAWNS GOINS__
        First Name         Middle Name        Last Name

Debtor 2    __JESSICA L GOINS__
(Spouse, if filing) First Name       Middle Name        Last Name

United States Bankruptcy Court for the: District of Arizona

Case number _____
(If known)

**Check if this is:**

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

        ☑ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| __Son__ | __5__ | ☐ No  ☑ Yes |
| __Son__ | __4__ | ☐ No  ☑ Yes |
| __Son__ | __1__ | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  |  | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ __1,550.00__ |
| If not included in line 4: |  |  |
| 4a. Real estate taxes | 4a. | $ _____0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ _____0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ _____0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ _____0.00 |

|  |  | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.    $ **0.00**

6. **Utilities:**

   6a.   Electricity, heat, natural gas    6a.    $ **288.00**

   6b.   Water, sewer, garbage collection    6b.    $ **200.00**

   6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.    $ **360.00**

   6d.   Other. Specify: _____    6d.    $ **0.00**

7. **Food and housekeeping supplies**    7.    $ **500.00**

8. **Childcare and children's education costs**    8.    $ **0.00**

9. **Clothing, laundry, and dry cleaning**    9.    $ **0.00**

10. **Personal care products and services**    10.    $ **0.00**

11. **Medical and dental expenses**    11.    $ **205.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
   Do not include car payments.    12.    $ **240.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $ **30.00**

14. **Charitable contributions and religious donations**    14.    $ **0.00**

15. **Insurance.**
   Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance    15a.    $ **0.00**

   15b.   Health insurance    15b.    $ **0.00**

   15c.   Vehicle insurance    15c.    $ **110.00**

   15d.   Other insurance. Specify: _____    15d.    $ **0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
   Specify: _____    16.    $ **0.00**

17. **Installment or lease payments:**

   17a.   Car payments for Vehicle 1    17a.    $ **396.00**

   17b.   Car payments for Vehicle 2    17b.    $ **0.00**

   17c.   Other. Specify: **student loans**    17c.    $ **360.00**

   17d.   Other. Specify: _____    17d.    $

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 6I).**    18.    $ **0.00**

19. **Other payments you make to support others who do not live with you.**
   Specify: _____    19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._**

   20a.   Mortgages on other property    20a.    $ **0.00**

   20b.   Real estate taxes    20b.    $ **0.00**

   20c.   Property, homeowner's, or renter's insurance    20c.    $ **0.00**

   20d.   Maintenance, repair, and upkeep expenses    20d.    $ **0.00**

   20e.   Homeowner's association or condominium dues    20e.    $ **0.00**

21. **Other**. Specify: __Misc_____        21. +$_____100.00_____

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                                      22.  $_____4,339.00_____

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.     23a.  $_____4,067.17_____

    23b.  Copy your monthly expenses from line 22 above.                       23b. −$_____4,339.00_____

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income*.                            23c.  $_____-271.83_____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    **None**

# United States Bankruptcy Court
## District of Arizona

IN RE:                                                                Case No. _____

**GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L** _____   Chapter **7** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 31,732.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 14,500.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $ 130,666.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 4,067.17 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 4,339.00 |
| TOTAL | | 34 | $ 31,732.00 | $ 145,166.00 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of Arizona

IN RE:

GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L
<div style="text-align:center">Debtor(s)</div>

Case No. _____

Chapter **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 4,067.17 |
| Average Expenses (from Schedule J, Line 22) | $ 4,339.00 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ 5,802.67 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 9,050.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 130,666.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 139,716.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L                   Case No. _____

_____

Debtor(s)                                                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **36** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 10, 2015**                   Signature: */s/ KRISTOPHER S GOINS* _____

                                                         **KRISTOPHER S GOINS**                                                    Debtor

Date: **February 10, 2015**                   Signature: */s/ JESSICA L GOINS* _____

                                                         **JESSICA L GOINS**                                            (Joint Debtor, if any)

                                                                                    [If joint case, both spouses must sign.]

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____

Address

_____          _____

Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the _____

(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                         _____

                                                         (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of Arizona

IN RE:                                          Case No. _____

**GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L** _____  Chapter **7** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

## 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 7,950.81 | **2015 Estimated YTD Wages** |
| 53,865.00 | **2014 Estimated Wages** |
| 56,135.00 | **2013 Wages** |
| 76,411.00 | **2012 Wages** |

## 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2,210.00 | **2013 Federal Tax Refund** |
| 82.00 | **2013 State Tax Refund** |
| 1,166.00 | **2013 Debt Forgivness Income** |
| 2,954.00 | **2012 Federal Tax Refund** |
| 20.00 | **2012 State Tax Refund** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Drive Time**<br>**4020 E Indian School Rd**<br>**Phoenix, AZ  85018** | **$410 MONTHLY** | **1,230.00** | **14,500.00** |

None    *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None    *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Trezza & Associates**<br>**4011 E. Broadway Suite 200**<br>**Tucson, AZ 85711-0000** | **5/12/2014** | **250.00** |
| **Trezza & Associates**<br>**4011 E. Broadway Suite 200**<br>**Tucson, AZ 85711-0000** | **5/22/2014** | **500.00** |
| **Trezza & Associates**<br>**4011 E. Broadway Suite 200**<br>**Tucson, AZ 85711-0000** | **9/11/2014** | **300.00** |
| **Trezza & Associates**<br>**4011 E. Broadway Suite 200**<br>**Tucson, AZ 85711-0000** | **10/17/2014** | **214.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **4165 Dundee crossing**<br>**Pace, FL 32571** | **Same** | **through 7/2012** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **February 10, 2015**   Signature */s/ KRISTOPHER S GOINS*
                              of Debtor                                **KRISTOPHER S GOINS**

Date: **February 10, 2015**   Signature */s/ JESSICA L GOINS*
                              of Joint Debtor                          **JESSICA L GOINS**
                              (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of Arizona

IN RE:                                                    Case No. _____

**GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L**          Chapter **7** _____

<p style="text-align:center">Debtor(s)</p>

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Drive Time** | **Describe Property Securing Debt:**<br>**2007 Hyundai Entourage** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Darrelll Hussman** | **Describe Leased Property:**<br>**Residential lease** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ Yes  ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:**<br>**Aarons** | **Describe Leased Property:**<br>**TV** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☑ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**February 10, 2015**_____    ***/s/ KRISTOPHER S GOINS***_____
                                             Signature of Debtor

                                             ***/s/ JESSICA L GOINS***_____
                                             Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

GOINS, KRISTOPHER SHAWNS


09 CYPRESS VILLAGE
4620 WOODLAND CORP
TAMPA FL  33614


11 MEDIACOM
13355 NOEL RD STE 2100
DALLAS TX  75240


12 CASH CENTRAL
3840 E ROBINSON RO
AMHERST NY  14228


AARONS
309 E PACES FERRY RD
NE ATLANTA GA  30305


AARONS
1015 COBB PLACE BLVD
KENNESAW GA  30144-0000


AFNI INC
PO BOX 3001
PO BOX 3097
BLOOMINGTON IL  61702


AMERICAN EXPRESS
PO BOX 3001
16 GENERAL WARREN BLVD
MALVERN PA  19355


AMEX
PO BOX 981537
EL PASO TX  79998


APRIL GOLDEN
5014 GUERNSEY MEADOW LANE
PACE FL  32571


ASPIRE
POB 105555
ATLANTA GA  30348

GOINS, KRISTOPHER SHAWNS


ASPIRE VISA
8875 AERO DRIVE SUITE 200
SAN DIEGO CA  92123


ASSET ACCEPTANCE LLC
ATTN: BANKRUPTCY
PO BOX 1630
WARREN MI  48090


AT T MOBILITY
700 LONGWATER DR
NORWELL MA  02061


AT T MOBILITY
PO BOX 3097
BLOOMINGTON IL  61702


BAPTIST HOSPITAL  INC
10 E TEXAR DR
PENSACOLA FL  32503


BAPTIST NEONATOLOGY LLC
180 E BURGESS RD STE G
PENSACOLA FL  32503


BK OF AMER
PO BOX 982235
EL PASO TX  79998


BRIGHT HOUSE NETWORKS
13355 NOEL RD STE 2100
DALLAS TX  75240


CAMEO KENNELS
10 E TEXAR DR
PENSACOLA FL  32503


CAPITAL ONE BANK  USA  NA
120 CORPORATE BLVD STE 1
NORFOLK VA  23502

GOINS, KRISTOPHER SHAWNS


CHECK ASSIST
PO BOX 3001
10 E TEXAR DR
PENSACOLA FL   32503


CITI CFS
PO BOX 1630
WARREN MI   48090


CITIBANK
8875 AERO DRIVE SUITE 200
SAN DIEGO CA   92123


CITIBANK   SOUTH DAKOTA    NA
8875 AERO DRIVE SUITE 200
SAN DIEGO CA   92123


CITIBANK ELT SLC
1 IMATION PL
OAKDALE MN   55128


CITIBK MC/BC
ONE COURT SQUARE
LONG ISLAND NY   11120


COLLECTION SERVICES
PO BOX 3001
180 E BURGESS RD STE G
PENSACOLA FL   32503


COLLECTION SERVICES
ATTN: BANKRUPTCY
180 E BURGESS RD STE G
PENSACOLA FL   32503


COLLECTION SERVICES
ATTN: CENTRALIZED  BANKRUPTCY
180 E BURGESS RD STE G
PENSACOLA FL   32503

GOINS, KRISTOPHER SHAWNS


COLLECTION SERVICES
ATTENTION:  BANKRUPTCY
180 E BURGESS RD STE G
PENSACOLA FL  32503


CONVERGENT
ATTN: CLAIMS DEPARTMENT
800 SW 39TH ST
RENTON WA  98057


CONVERGENT OUTSOURCING
ATTN: CLAIMS DEPARTMENT
800 SW 39TH ST
RENTON WA  98057


COX COMMUNICATIONS
180 E BURGESS RD STE G
PENSACOLA FL  32503


CRD PRT ASSO
13355 NOEL RD STE 2100
DALLAS TX  75240


CREDIT ONE BANK  NA
PO BOX 10497
GREENVILLE SC  29603


CREDIT PROTECTION ASSO
PO BOX 3001
13355 NOEL RD STE 2100
DALLAS TX  75240


CYPRESS VILLAGE
4620 WOODLAND CORP
TAMPA FL  33614


DEPT OF ED/SALLIE MAE
11100 USA PKWY
FISHERS IN  46037

GOINS, KRISTOPHER SHAWNS


DISH NETWORK
1327 HIGHWAY 2 WES
KALISPELL MT  59901


DRIVE TIME
4020 E INDIAN SCHOOL RD
PHOENIX AZ  85018


ECMC
ATTN: BANKRUPTCY
1 IMATION PL
OAKDALE MN  55128


ENHANCED ACQ
3840 E ROBINSON RO
AMHERST NY  14228


EOS CCA
PO BOX 3001
700 LONGWATER DR
NORWELL MA  02061


ESURANCE
507 PRUDENTIAL RD
HORSHAM PA  19044


EXXMBLCITI
PO BOX 6497
SIOUX FALLS SD  57117


EXXMBLCITI
ATTN: CENTRALIZED  BANKRUPTCY
PO BOX 20507
KANSAS CITY MO  64195


FIRST PHYSICIANS GROUP PA
180 E BURGESS RD STE G
PENSACOLA FL  32503

GOINS, KRISTOPHER SHAWNS


GE MONEY BANK
8875 AERO DRIVE SUITE 200
SAN DIEGO CA   92123


GULF POWER CO
180 E BURGESS RD STE G
PENSACOLA FL   32503


HUNTER WARFIELD
4620 WOODLAND CORP
TAMPA FL   33614


HWARFIELD
4620 WOODLAND CORP
TAMPA FL   33614


I C MANAGEMENT
PO BOX 314
GRAND CAYMAN ISLAND


I C MANAGEMENT
18 FORT STREET
GRAND CAYMAN ISLAND


I C SYSTEM INC
ATTN: BANKRUPTCY
PO BOX 64378
SAINT PAUL MN   55164


I C SYSTEM INC
PO BOX 64378
SAINT PAUL MN   55164


IC SYSTEMS INC
ATTENTION:  BANKRUPTCY
PO BOX 64378
SAINT PAUL MN   55164


LIFEGUARD TRANSPORTATION - FL
106 COMMERCE ST STE 106
LAKE MARY FL   32746

GOINS, KRISTOPHER SHAWNS


LVNV FUNDING LLC
ATTN: BANKRUPTCY
PO BOX 10497
GREENVILLE SC  29603


MERRICK BANK
PO BOX 9201
OLD BETHPAGE NY  11804


MERRICK BK
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE NY  11804


MIDLAND FUNDING
ATTN: CENTRALIZED  BANKRUPTCY
8875 AERO DRIVE SUITE 200
SAN DIEGO CA  92123


MIDLAND FUNDING
8875 AERO DRIVE SUITE 200
SAN DIEGO CA  92123


MIDLAND FUNDING
ATTN: BANKRUPTCY
8875 AERO DRIVE SUITE 200
SAN DIEGO CA  92123


MIDLAND FUNDING
PO BOX 3001
8875 AERO DRIVE SUITE 200
SAN DIEGO CA  92123


NAVARRE PEDIATRICS
PO BOX 64378
SAINT PAUL MN  55164


NAVY FEDERAL CR UNION
PO BOX 3700
MERRIFIELD VA  22119

GOINS, KRISTOPHER SHAWNS

NCO FIN /02
507 PRUDENTIAL RD
HORSHAM PA  19044

PACE WATER SYSTEMS INC
180 E BURGESS RD STE G
PENSACOLA FL  32503

PEDIATRIC RESIDENCE CLNC-SHMG
180 E BURGESS RD STE G
PENSACOLA FL  32503

PEDIATRIX MEDICAL GROUP
PO BOX 64378
SAINT PAUL MN  55164

PENSACOLA PRIMARY CARE
180 E BURGESS RD STE G
PENSACOLA FL  32503

PORTFOLIO RECOVERY ASS
ATTN: BANKRUPTCY DEPT
120 CORPORATE BLVD STE 1
NORFOLK VA  23502

SEARS/CBNA
PO BOX 6282
SIOUX FALLS SD  57117

SPRINT
800 SW 39TH ST
RENTON WA  98057

STELLAR RECOVERY INC
1327 HIGHWAY 2 WES
KALISPELL MT  59901

T-MOBILE
8875 AERO DRIVE SUITE 200
SAN DIEGO CA  92123

GOINS, KRISTOPHER SHAWNS


U S DEPT OF ED/FISL/AT
ATTN: BANKRUPTCY
61 FORSYTHE ST ROOM 19T89
ATLANTA GA  30303


U S DEPT OF ED/GSL/ATL
PO BOX 4222
IOWA CITY IA  52244


UNITED COLLECTION SERV
ATTN: CENTRALIZED  BANKRUPTCY
106 COMMERCE ST STE 106
LAKE MARY FL  32746


WAYNE BRADLEY DDS AND TRICIA B
PO BOX 64378
SAINT PAUL MN  55164

**United States Bankruptcy Court**
**District of Arizona**

IN RE:

GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L
<div align="center">Debtor(s)</div>

Case No. _____

Chapter **7** _____

## DECLARATION

I hereby certify, under penalty of perjury, that the Master Mailing List, consisting of _____**9** sheet(s), is complete, correct and consistent with the debtor(s)' schedules pursuant to Local Bankruptcy Rule 1007.

Date: **February 10, 2015** _____  Signature: */s/ KRISTOPHER S GOINS*
                                            **KRISTOPHER S GOINS**                                    Debtor

Date: **February 10, 2015** _____  Signature: */s/ JESSICA L GOINS*
                                            **JESSICA L GOINS**                            Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of Arizona

IN RE:                                                          Case No. _____

GOINS, KRISTOPHER SHAWNS & GOINS, JESSICA L _____      Chapter **7** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................................ $ _____**1,478.00**

    Prior to the filing of this statement I have received ..................................................... $ _____**1,478.00**

    Balance Due .......................................................................................... $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**February 10, 2015**_____          _/s/ Stephen M. Trezza_
              Date                        **Stephen M. Trezza**
                                          **Trezza & Assocs., LLC**
                                          **4011 E. Broadway Blvd**
                                          **Tucson, AZ  85711**
                                          **(520) 327-4800  Fax: (520) 327-4802**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only